THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Chavis Obrian
 Jordan, Petitioner,
 
 
 

v.

 
 
 
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Chesterfield County
Paul M. Burch, Post-Conviction Judge

Memorandum Opinion No.  2011-MO-028
 Submitted October 19, 2011  Filed October
24, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen
 Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 Appendix and briefs, the writ of certiorari is
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.